

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00528-CV

Style:            Robert Caron and Sujata Kimberly Caron

                  v. Stephen A. Smaby and Shelley A. Greene

Date motion filed*:   January 20, 2017

Type of motion:   Motion to withdraw as counsel for appellants

Party filing motion:   William E. Ryan

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
      Original due date:
      Number of previous extensions granted:          Current Due date:
      Date Requested:

Ordered that motion is:

☑     Granted

         If document is to be filed, document due:

         ☐     The Court will not grant additional motions to extend time absent extraordinary circumstances

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

      **William E. Ryan's motion to withdraw as counsel for appellants is granted. *See* TEX. R. APP. P. 6.5.**
      **Counsel is hereby ordered to immediately notify appellants in writing of all deadlines and settings of which**
      **counsel is aware of and to file a copy of the notice with the Clerk of this Court. *See id.* 6.5(c).**

Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of     _____

Date: January 31, 2017

November 7, 2008 Revision